# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

L. JOSEPH DEROUEN                                    NO.  2022 CW 1072

VERSUS

ANCO INSULATIONS INC., ET AL                      **MARCH 6, 2023**

---

In Re:    J.P. Lapeyrouse, Inc., f/k/a Lapeyrouse Chrysler, et
          al, applying for supervisory writs, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          695843.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**    The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

                              **JEW**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_a.Cn_

DEPUTY CLERK OF COURT
     FOR THE COURT